1   Michael K. Brown (SBN 104252)
    Email: mkbrown@reedsmith.com
2   REED SMITH LLP
    355 South Grand Avenue, Suite 2900
3   Los Angeles, CA 90071
    Telephone:   213.457.8000
4   Facsimile:   213.457.8080

5   Steven J. Boranian (SBN 174183)
    Email: sboranian@reedsmith.com
6   Laura A. Mastrangelo (SBN 267543)
    Email: lmastrangelo@reedsmith.com
7   REED SMITH LLP
    101 Second Street, Suite 1800
8   San Francisco, CA 94150
    Telephone:   415.543.8700
9   Facsimile:   415.391.8269

10  Attorneys for Defendants
    C.R. Bard, Inc. and Davol, Inc.

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                SAN FRANCISCO DIVISION

14

15  BERNARD EYTH,                          No.: 10-cv-05024-~~JL~~ MMC

16                    Plaintiff.           **STIPULATION AND [PROPOSED]
                                           ORDER TO STAY PROCEEDINGS
17         vs.                             PENDING TRANSFER TO
                                           MULTIDISTRICT LITIGATION**; DIRECTIONS
18  DAVOL, INC., C.R. BARD, INC., and DOES                            TO PARTIES
    ONE through TWENTY-FIVE, inclusive,    Compl. Filed:    November 5, 2010
19                                         Attached Documents: Corporate Disclosure
                      Defendants.          Statement and Statement of Interested Parties
20

21                                         ~~Honorable James Larson~~

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   Plaintiff and Defendants C.R. Bard, Inc. and Davol, Inc. by and through their counsel of

2   record, jointly propose the following stay pursuant to a stipulation based on the following facts:

3   Plaintiff alleges, among other things, that the "Kugel Mesh Patch," a medical device

4   manufactured and sold by Defendants C.R. Bard, Inc. and Davol, Inc., and used by Plaintiff's

5   surgeon in conjunction with Plaintiff's hernia repair surgery, was defective and unreasonably

6   dangerous when put to its intended use.

7   This product liability action is but one of a number of related actions filed in federal courts

8   across the country.  In 2006, in fact, two plaintiffs who also allege that they sustained injuries

9   resulting from their receipt and use of the Composix® Kugel® Patch filed a motion before the

10  Judicial Panel on Multidistrict Litigation ("JPML") seeking transfer and centralization of all cases

11  involving this medical device pursuant to 28 U.S.C. § 1407.  On May 31, 2007, the JPML heard that

12  motion, and on June 22, 2007, the JPML granted the motion for transfer and consolidation.  As a

13  result, all federal court cases concerning the Composix® Kugel® Patch have been or imminently will

14  be transferred to the District of Rhode Island for consolidated pretrial proceedings.  *See In re Kugel*

15  *Mesh Hernia Patch Prods. Liab. Litig.*, 493 F. Supp. 2d 1371 (J.P.M.L. 2007).

16  Based on the JPML's June 22, 2007 Transfer Order, and pursuant to Rules 7.4 and 7.5 of the

17  Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 435-36 (2001), a

18  "tag-along" letter concerning this case, among others, was filed with the Clerk of the JPML on

19  December 14, 2010 (*see* December 14, 2010 Letter to Jeffrey Lüthi, Clerk of the JPML, without

20  exhibits (Ex. 1)).  As has been the normal procedure, we anticipate that the JPML will issue a

21  conditional transfer order in the coming weeks/months, which will effect transfer of this action to the

22  United States District Court for the District of Rhode Island.  Given that the transfer of this action in

23  due course will moot any pretrial requirements and schedules imposed by this Court, the parties

24  request that all requirements, deadlines (including responsive pleading deadlines), and any other

25  proceedings in this case be stayed pending transfer to the United States District Court for the District

26  of Rhode Island.  Upon transfer, the parties agree and acknowledge that they will comply with any

27  requirements and deadlines imposed by the District of Rhode Island with respect to this action.

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    IT IS SO STIPULATED.

2
     Dated: December 16, 2010                    HERSH & HERSH
3

4
                                                 By: _____
5
                                                    Nancy Hersh
6                                                   Mark E. Burton, Jr.
                                                    Attorneys for Plaintiff
7

8    Dated: December 17, 2010                    REED SMITH LLP

9

10                                               By: _____
                                                    Michael K. Brown
11                                                  Steven J. Boranian
                                                    Laura A. Mastrangelo
12                                                  Attorneys for Defendants
                                                    C.R. Bard, Inc. and Davol, Inc.
13

14   **IT IS SO ORDERED.** Further, the parties are DIRECTED to file, no later than March 25, 2011, a joint
     status report in the event the matter has not been transferred as of that date.
15

16   Dated: December 23, 2010

17                                               United States District Judge

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING TRANSFER TO
MULTIDISTRICT LITIGATION

REED SMITH LLP
A limited liability partnership formed in the State of Delaware