**FILED**

DEC 2 8 2010

U.S. DISTRICT COURT
DISTRICT OF R.I.

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: KUGEL MESH HERNIA PATCH
PRODUCTS LIABILITY LITIGATION

MDL No. 1842

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-81)

On June 22, 2007, the Panel transferred 12 civil action(s) to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 1,695 additional action(s) have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M Lisi.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 28, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Attest to
True Copy
DAVID A. DIMARZIO
By *[signature]*
Deputy Clerk

IN RE: KUGEL MESH HERNIA PATCH
PRODUCTS LIABILITY LITIGATION                            MDL No. 1842

### SCHEDULE CTO-81 -- TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | | |
| CAN | 3 | 10-05024 | Eyth v. Davol, Inc. et al | CA 10-3560 |
| **ILLINOIS NORTHERN** | | | | |
| ILN | 1 | 10-07803 | Branske et al v. Bard et al | CA 10-3561 |
| **MINNESOTA** | | | | |
| MN | 0 | 10-04765 | Barrow v. Davol, Inc. et al | CA 10-3562 |
| MN | 0 | 10-04816 | Rounds v. Davol, Inc. et al | CA 10-3563 |
| MN | 0 | 10-04818 | Williams v. Davol, Inc. et al | CA 10-3564 |
| MN | 0 | 10-04843 | Wood v. Davol, Inc. et al | CA 10-3565 |
| **NEBRASKA** | | | | |
| NE | 4 | 10-03236 | Krizem-Khedir v. Davol, Inc. | CA 10-3566 |
| **TEXAS SOUTHERN** | | | | |
| TXS | 4 | 10-03083 | Labbe v. Davol, Inc. et al | CA 10-3567 |